B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Rhode Island

In re Nya Sendolo and Juna Sendolo            ,        Case No.  11-10513

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T | Arch Bay Holdings, LLC-Series 2010C, as Serviced by Specialized Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    c/o Rushmore Loan Management Services
    P.O. Box 55004
    Irvine, CA 92619
Phone: _____
Last Four Digits of Acct #: ____9810____

Court Claim # (if known):   11
Amount of Claim:   $177,986.49
Date Claim Filed:   04/27/2011

Phone: 800-315-4757
Last Four Digits of Acct. #:   1048

Name and Address where transferee payments should be sent (if different from above):
    c/o Rushmore Loan Management Services
    P.O. Box 52708
    Irvine, CA 92619-2708
Phone: _____
Last Four Digits of Acct #: ____9810____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Thomas E. Carlotto                              Date:  07/22/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Recording Requested By:

Prepared By:
**T.D. Service Company**
**4000 W Metropolitan Dr Ste 400**
**Orange, CA 92868**
**(714) 543-8372, JULIE KIDDER**

And When Recorded Mail To:
**Roosevelt Management Company LLC**
**7301 N. State Highway 161**
**Suite 136**
**Irving TX 75038-0000**
**(714) 543-8372**

_____ Space above for Recorder's use _____

Customer#:_____ Service#:_____
Loan#:_____

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **ARCH BAY HOLDINGS, LLC - SERIES 2010C, 15480 LAGUNA CANYON ROAD SUITE 210, IRVINE, CA 92618-0000**, by these presents does convey, grant, bargain, sell, assign, transfer and set over to:
_____ US Bank, National Association, not in its _____
_____ individual capacity, but solely as Trustee for the _____
_____ RMAC Trust, Series 2013-1T _____

_____, 60 LIVINGSTON AVE EP-MN-WS3D, ST. PAUL, MN 55107-0000, the described Mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$191,200.00** is recorded in the State of **RHODE ISLAND**, County of **PROVIDENCE**, Township of **NORTH PROVIDENCE TOWN** Official Records, dated **NOVEMBER 28, 2006** and recorded on ---, as Instrument No. 9767, in Book No. 2349, at Page No. 188.
Original Mortgagor: **JUNA SENDOLO AND NYA SENDOLO, WIFE AND HUSBAND AS TENANTS BY THE ENTIRETY**. Original Mortgagee: **FIRST NLC FINANCIAL SERVICES, LLC**. Property Address: **20 BONAPARTE STREET, NORTH PROVIDENCE, RI 02904-0000**.
Date: 12-28-2012
**ARCH BAY HOLDINGS, LLC - SERIES 2010C**

By: _____
Robert Mattesky, CIO

State of     **CALIFORNIA**        }
County of   **ORANGE**             } ss.

On 12-28-2012, before me, Monyrith Leng, a Notary Public, personally appeared **Robert Mattesky**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.

Nya Sendolo
Juna Sendolo
Chapter 13     Case No. 11-10513-DF
Transfer of Claim

CERTIFICATION OF SERVICE

      The undersigned hereby certifies that copies of the Transfer of Claim have been served upon the following parties via electronic notice, or first class mail, as indicated on this 22nd day of July, 2013:

**Electronic Notice:**

John Boyajian, Esq.
182 Waterman Street
Providence, RI 02906
john@bhrlaw.com
Trustee

John Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920
JBelaw@Aol.com
Debtors' counsel

John L. Day, Jr.
Weltman Weinberg and Reis Co LPA
525 Vine Street Suite 800
Cincinnati, OH 45202
cinnationalecf@weltman.com

Paul Wilfred Cervenka
Buckley Madole, P.C.
9441 LBJ Freeway
Suite 250
Dallas, TX 75243
Paul.Cervenka@buckleymadole.com

Elizabeth A. Lonardo
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903
elonardo@smsllaw.com

Elizabeth W. Shealy
Salter McGowan Sylvia & Leonard
321 South Main Street
Suite 301
Providence, RI 02903
eshealy@smsllaw.com

Linda Rekas Sloan
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street, Suite 301
Providence, RI 02903
lsloan@smsllaw.com

**Via First Class Mail:**

Midland Funding LLC by American
InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

Quantum3 Group LLC as agent for
Worldwide Asset Purchasing II LLC
PO Box 788
Kirkland, WA 98083-0788

Specialized Loan Servicing
8742 Lucent Blvd. Suite 300
Highlands Ranch, CO 80129

VERIZON
PO BOX 3037
BLOOMINGTON, IL 61702

Worldwide Asset Purchasing II, LLC
c/o B-Line LLC
MS550, PO Box 91121
Seattle, WA 98111-9221

/s/ Thomas E. Carlotto, Esq.