UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
In re:                                          :
                                                :         Case No. 11-10513df
NYA SENDOLO and                                 :
JUNA SENDOLA,                                   :         Chapter 13
                                                :
    Debtors                                     :
_____                  :

**ENTRY OF SPECIAL APPEARANCE AND REQUEST
FOR ALL NOTICES AND PLEADINGS**

    Please take notice that William J. Delaney, Esq. and The Delaney Law Firm LLC hereby appears its appearance as special counsel on behalf of NYA SENDOLO and JUNA SENDOLO, Debtors herein and pursuant to Rules 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (hereinafter "Bankruptcy Rules") and requests that service be made on the undersigned of all notices, reports, motions, briefs, memoranda, pleadings, proposed orders, confirmed copies of orders, judgments and any other documents or instruments filed in the above-captioned bankruptcy proceeding.

    All such documents should be served on:

        William J. Delaney (#3643)
        The Delaney Law Firm LLC
        91 Friendship Street, Suite One
        Providence, Rhode Island 02903

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Respectfully submitted,

DEBTORS
By their attorneys,

/s/William J. Delaney
_____
William J. Delaney (#3643)
The Delaney Law Firm LLC
91 Friendship Street, Suite One
Providence, Rhode Island 02903
(401) 454-8000; (401) 553-9000 (fax)
wjd@dlfri.com
Dated: August 25, 2014

## CERTIFICATION

      I hereby certify that on the 25th day of August, 2014, a copy of the within Entry of Appearance was caused to be sent electronically through the CM/ECF system to the following:

Gary L. Donahue, Esq. AUST
John Boyajian, Esq., Trustee
John Ennis, Esq.
Paul Wilfred Cervenka, Esq.
John L. Day, Esq.

                          /s/William J. Delaney
                          _____