*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nya Sendolo and Juna Sendolo         BK No. 1:11−bk−10513

Debtor(s)                                   Chapter 13

---

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 88)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 88); filed by US Bank, National Association, as Trustee ; and it appearing that proper notice was provided; and no objection having been filed,

　　IT IS HEREBY ORDERED:

　　(1) US Bank, National Association, as Trustee is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

20 Bonaparte Street, Providence, RI.

　　(2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **9/2/14**

Entered on Docket: **9/2/14**
Document Number: **104 − 88**

ogrelstay.jsp #115df

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*